THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM L. CAMPBELL, Respondent, *v.* THE BOARD OF POLICE COMMISSIONERS OF THE CITY OF SCHENECTADY et al., Appellants.

*People ex rel. Campbell* v. *Police Comrs.*, 13 App. Div. 69, appeal dismissed.
(Argued May 3, 1897; decided May 14, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 12, 1897, which reversed upon certiorari a determination of the board of police of the city of Schenectady removing the relator from the office of chief of police.

*S. W. Jackson* for appellants.

*Alonzo P. Strong* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM STRAUSS, Appellant, *v.* THEODORE ROOSEVELT et al., Police Commissioners of the City of New York, Respondents.

153b 657
154 732
153b 657
168 494

*People ex rel. Strauss* v. *Roosevelt*, 2 App. Div. 536, affirmed.
(Argued May 3, 1897; decided May 14, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1896, which affirmed on certiorari the proceedings of the respondents in dismissing the relator from the police force of the city of New York.

*Louis J. Grant* for appellant.

*Francis M. Scott* and *Theodore Connoly* for respondents.

Order affirmed on opinion below, with costs.
All concur.